**COMMONWEALTH of Kentucky, DEPART-MENT OF HIGHWAYS, Appellant,**

v.

**Elder Gary WRIGHT et al., Appellees.**

Court of Appeals of Kentucky.

Nov. 22, 1974.

Carl T. Miller, Jr., General Counsel, Jim D. Robinson, General Counsel, Department of Highways, Frankfort, Edmond H. Tackett, Prestonsburg, for appellants.

Woodrow W. Burchett, William Gerald Jones, Prestonsburg, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**COMMONWEALTH of Kentucky, DEPART-MENT OF HIGHWAYS, Appellant,**

v.

**J. R. ROBERTSON et al., Appellees.**

Court of Appeals of Kentucky.

Nov. 22, 1974.

Jim D. Robinson, Gen. Counsel, Department of Highways, Frankfort, R. L. Myre, Sr., Kenneth P. Alexander, Paducah, for appellant.

Martin W. Johnson, Lovett & Lewis, Benton, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

**COMMONWEALTH, DEPT. OF HIGH-WAYS, Appellant,**

v.

**Mary Bryant HILL, widow, Appellee.**

Court of Appeals of Kentucky.

Nov. 22, 1974.

Jim D. Robinson, General Counsel, Dept. of Highways, Perry M. Lewis, Dept. of Highways, Frankfort, for appellant.

John P. Kirkham, Keith, Scent, Kirkham & Walton, Hopkinsville, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**COMMONWEALTH of Kentucky, DEPART-MENT OF HIGHWAYS, Appellant,**

v.

**James COMBS et al., Appellees.**

Court of Appeals of Kentucky.

Nov. 22, 1974.

Carl T. Miller, Jr., General Counsel, Department of Highways, Frankfort, Phillip K. Wicker, Somerset, Stephen N. Frazier, Paintsville, for appellant.

John Chris Cornett, Grayson Johnson, Hindman, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

* Opinion ordered not to be published.